

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JUN 14 2023

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**BILLY LEE MURPHY,**<br><br>*Defendant.* | SEALED<br><br>Case No. **CR 23-110 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DEALING IN FIREARMS WITHOUT A LICENSE
### [18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)]

From on or about March of 2017 until on or about January 19, 2023, in the Eastern District of Oklahoma, defendant **BILLY LEE MURPHY**, not being a licensed dealer, did willfully engage in the business of dealing in firearms, to include one (1) Glock 17 .9mm bearing serial number BNXH247, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT TWO

### POSSESSION OF A FIREARM WITH SERIAL NUMBER REMOVED
### [18 U.S.C. §§ 922(k) and 924(a)(1)(B)]

On or about January 19, 2023, within the Eastern District of Oklahoma, the defendant, **BILLY LEE MURPHY**, did knowingly possess a firearm to-wit: one (1) Taurus International Unknown Revolver Cal: 357, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Count One and Count Two of this Indictment involving violations of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), 922(k) and 924(a)(1)(B), the defendant, **BILLY LEE MURPHY,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- 356 Rounds Assorted Ammunition Cal: UNKNOWN;
- 3217 Rounds Assorted Ammunition Cal: UNKNOWN;
- Rossi S41 Shotgun Cal:410 SN: SP 289005;
- Unknown Manufacturer Unknown Shotgun Cal: Unknown SN: None;
- Winchester 37 Shotgun Cal:410 SN: None;
- Keystone Sporting Arms Chipmunk Rifle Cal: 22 SN: 33381;
- Ruger 10/22 Rifle Cal: 22 SN: 124-75149;
- Colt Woodsman Pistol Cal: 22 SN: 181068-S;
- Keystone Sporting Arms Chipmunk Rifle Cal: 22 SN: 26837;
- Rossi Unknown Shotgun Cal: Unknown SN: SP485820;
- Ruger 10/22 Rifle Cal: 22 SN: 82083877;
- Henry Repeating Rifle Company Golden Boy Rifle Cal: 22 SN: GB025975;
- Ruger Unknown Rifle Cal: 22-250 SN: 13141910;
- Winchester 37 Shotgun Cal: 20 SN: NONE;
- Mossberg 640KC Rifle Cal: 22 SN: NONE;
- Ruger M77/17 Rifle Cal: 17 SN: 703-10198;
- Winchester 64 Rifle Cal: 30-30 SN: 2134577;
- Ruger M77 Hawkeye Rifle Cal: 308 SN: 711-25581;
- Remington Arms Company, Inc. 1100 Shotgun Cal: 20 SN: 473689X;
- Browning Bar Rifle Cal: 308 SN: 137NM37447;
- STOEGER ARMS 2000 Shotgun Cal: 12 SN: 517918;
- Thompson/Center Arms Co. Encore Rifle Cal: 50 SN: S78503;
- Harrington and Richardson 48 Shotgun Cal: 12 SN: F26275;
- Marlin Firearms Co. 60W Rifle Cal: 22 SN: 07446133;

- American Tactical Imports - ATI Unknown Shotgun Cal: Unknown SN: 410SB22-002117;
- SCCY Industries, LLC (SKYY IND.) CPX-2 Pistol Cal: 9 SN: 434385;
- Diamondback Arms Inc. DB380 Pistol Cal: 380 SN: ZK0718;
- Springfield Armory, Geneseo, IL, XD Pistol Cal: 9 SN: XD979221;
- Heritage Mfg. Inc Rough Rider Revolver Cal: 22 SN: 3PH161080;
- Taurus International Unknown Revolver Cal: 357 SN: NONE; and
- Glock Inc 43 Pistol Cal: 9 SN: BHRM136.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*Edith A. Singer*
EDITH A. SINGER, OBA#19439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY